**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-00319-RPM-BNB

KALINA NEAL,

    Plaintiff,

v.

UNIVERSITY OF DENVER,

    Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come on to be heard upon the written Stipulation for Dismissal With Prejudice by Plaintiff Kalina Neal and Defendant University of Denver and the Court having considered the Stipulation and the record herein; it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint hereby is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DONE this 16th day of September, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch
        Senior United States District Court Judge